FILED
2010 Oct-11 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| KATHY ARBOLEYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 5:09-CV-2013-CLS |
| FIRSTSOURCE ADVANTAGE, ) | |
| LLC, A CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Kathy Arboleya and Defendant Firstsource Advantage, LLC, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of the Complaint and all of Plaintiff's claims asserted against Defendant Firstsource Advantage, LLC in this matter, with costs taxed as paid.

Respectfully submitted this the 11 day of October, 2010.

_____  
L. Jackson Young, Jr.  
FERGUSON, FROST & DODSON, LLP  
2500 Acton Road, Suite 200  
Birmingham, Alabama 35243  
*Attorney for Defendant Firstsource Advantage, LLC*

_____  
John G. Watts  
WATTS LAW GROUP, P.C.  
The Kress Building  
301 19th Street North  
Birmingham, Alabama 35203  
*Attorney for Plaintiff Kathy Arboleya*

{W0271450.1 }